AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THOMAS DONNELLY | ) | Case No. 25 MJ 112 |
| (DOB XX/XX/1985) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* THOMAS DONNELLY (DOB XX/XX/1985),
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

distribute and possess child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1), 2252A(a)(5)(B), and 2252A(b)(2); as well as attempt to produce child pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Date: 06/18/2025

*William E. Duffin*
*Issuing officer's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/18/25, and the person was arrested on *(date)* 6/18/25
at *(city and state)* Muskego, WI.

Date: 6/24/25

*Arresting officer's signature*

Special Agent Nathan Markon
*Printed name and title*