# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-mj-112 |
| Thomas Donnelly | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case from the FDSW, Inc. as counsel for:

Thomas Donnelly                                                                                                                                               .

Date:     06/26/2025

/s/ John W. Campion
*Attorney's signature*

John W. Campion, Wis. Bar 1002697
*Printed name and bar number*

Federal Defender Services of Wisconsin, Inc.
411 East Wisconsin Avenue, Suite 2310
Milwaukee, WI  53202
*Address*

john_campion@fd.org
*E-mail address*

(414) 221-9900
*Telephone number*

(414) 221-9901
*FAX number*